1  McGREGOR W. SCOTT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

FILED
AUG 01 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8            IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,                CASE NO. 1:19-MJ-00148 SKO
11
                      Plaintiff,            ORDER TO UNSEAL COMPLAINT
12
             v.
13
   JULIO RIVERA,
14
                      Defendant.
15

16

17       This complaint sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of

18  Criminal Procedure.

19       IT IS HEREBY ORDERED that the case be unsealed as to JULIO RIVERA, and be made public

20  record.

21
   DATED: August 1, 2019
22

23                                          _____
24                                          Hon. STANLEY A. BOONE
                                            U.S. MAGISTRATE JUDGE
25

26

27

28

MOTION TO UNSEAL COMPLAINT                    2